Judge Burgess



06-CR-05613-WV

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LACEY PHILLABAUM,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

NO. CR06-5613FDB

WAIVER OF INDICTMENT

I, LACEY PHILLABAUM, having been advised of the nature of the charges and that they are punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open

//
//
//
//
//
//
//
//.

WAIVER OF INDICTMENT/PHILLABAUM (CR06-____) - 1

court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

DATED this 4th day of October, 2006.

_____
LACEY PHILLABAUM
Defendant

_____
GILBERT H. LEVY
Attorney for Defendant

Approved:

_____
FRANKLIN D. BURGESS
U.S. District Judge

WAIVER OF INDICTMENT/PHILLABAUM (CR06-____) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970